William C. WHITE, Appellant, v. Ralph V. L. HARTLEY, Appellee.

(Court of Appeals of District of Columbia. Submitted November 12, 1925. Decided January 4, 1926.)

No. 1763.

A. D. Lunt and H. E. Dunham, both of Schenectady, N. Y., and I. J. Adams, of New York City, for appellant.

F. T. Woodward, G. W. Rich, and J. W. Schmied, all of New York City, for appellee.

Before MARTIN, Chief Justice, ROBB, Associate Justice, and SMITH, Judge of the United States Court of Customs Appeals.

ROBB, Associate Justice. In this appeal the proofs are the same as in appeals Nos. 1761 and 1762, 10 F.(2d) 901. For the reasons stated in our opinion in those two cases, the decision is affirmed.

Affirmed.